**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

|   |   |
|---|---|
| LINDA HAMILTON,<br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>CHINA SUPER BUFFET OF WICHITA, INC. a Kansas Corp.,<br>　　　　　　　　　　　Defendant. | Case No. 10-1439-JTM-KMH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereto stipulate that the above-captioned matter is hereby dismissed with prejudice.

Dated:  August 5, 2011

s/Stephan M. Nitz
Stephan M Nitz
Attorney for Plaintiff
FBN:  45561
Schwartz Zweben, LLP
3876 Sheridan Street
Hollywood, Florida 33021
(954-966-2483 – Telephone
(954) 374-6972 -Facsimile
snitz@szalaw.com

s/ David P. Calvert
David P. Calvert, P.A.
Attorney for Defendant
Kansas Bar No.: 06628
532 N. Market Street
Wichita, Kansas  67214
(316)-269-9055 - Telephone
(316)-269-0440 - Facsimile
lawdpc@swbell.net.

s/Lawrence W. Williamson
Lawrence W. Williamson, Jr.
Attorney for Plaintiff
Kansas Bar No:  21282
Williamson Law Firm LLC
218 Delaware, Ste., #207
Kansas City, MO 64105
(816) 256-4150 – Telephone
(913) 535-0736 – Facsimile
l.williamson@williamsonfirm.com

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 5th day of August, 2011, I electronically submitted the foregoing to the Clerk of the Court which will send a notice of electronic filing to the following: Stephan M. Nitz at <u>snitz@szalaw.com</u> and Lawrence W. Williamson, Esq., at <u>l.williamson@williamsonfirm.com</u>.

<u> /s/ David P. Calvert</u>
David P. Calvert, #06628
David P. Calvert, P.A.
532 N. Market
Wichita, Kansas  67214
(316) 269-9055
Fax:  (316) 269-0440
<u>lawdpc@swbell.net</u>